**Order entered August 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01158-CV

**TRAILBLAZER HEALTH ENTERPRISES, LLC AND
BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA, Appellants**

**V.**

**BOXER F2, L.P., Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07070**

## ORDER

The Court has before it appellants' August 22, 2013 "unopposed motion for extension of time to file appellants' petition for permission to appeal amended order on motions for summary judgment, allowing interlocutory appeal and staying case signed August 6, 2013." The Court **GRANTS** the motion and **ORDERS** that the petition for permission to appeal that was tendered on August 22, 2013 be timely filed as of today's date. The Court further **ORDERS** that any response to the petition be filed by September 5, 2013, and that, if a response is filed, any reply in support of the petition be filed by September 12, 2013. *See* TEX. R. APP. P. 28.3 (f).

/s/    DOUGLAS S. LANG
         JUSTICE